UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

BENJAMIN B. KING,                    )
                                     )
              Plaintiff,             )
                                     )
v.                                   )        No.:  3:21-CV-320-KAC-DCP
                                     )
                                     )
THE PRUDENTIAL INSURANCE             )
COMPANY OF AMERICA,                  )
                                     )
              Defendant.             )

## ORDER REGARDING NOTICE OF SETTLEMENT

On March 28, 2022, the Parties advised the Court that they "reached a settlement in principle in this matter" and expect "to file a Joint Stipulation of Dismissal within forty-five (45) days" [Doc. 16].  They also moved the Court to stay the matter for "forty-five (45) days pending finalization of the Release and Settlement Agreement" [*Id.*].  The Court **GRANTS** the joint motion [Doc. 16] and **STAYS** this matter until <u>May 12, 2022</u>.  This brief stay will result in "economy of time and effort" for counsel, the Parties, and the Court.  *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  In accordance with Local Rule 68.1, "the parties **SHALL** file an agreed stipulation" under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or submit an agreed order of dismissal under E.D. Tenn. ECF Rule 4.8 by <u>May 12, 2022</u>.  *See* E.D. Tenn. L.R. 68.1 (emphasis added).  If the Parties fail to comply with this Order, or any extension that the Court may grant, the Court will dismiss the action based on the Parties' representations to the Court that the matter has settled.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge